JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NADI M.,[1]

Plaintiff,

v.

FRANK BISIGNANO,[2]
Commissioner of Social Security,

Defendant.

CASE NO. 2:25-cv-02326-MAR

JUDGMENT

It is the judgment of this Court that the final decision of the Commissioner of the Social Security Administration is **REVERSED**, and the action is **REMANDED** for further proceedings consistent with the Court's Order.

DATED: November 12, 2026

HONORABLE MARGO A. ROCCONI
United States Magistrate Judge

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Frank Bisignano became Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he is automatically substituted as the Defendant herein.